**Walter WILKERSON, III,**
**Plaintiff–Appellant,**

v.

**Randy GROUNDS, Warden; et al., Defendants–Appellees.**

**No. 12–17599.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 19, 2013.*

Filed Dec. 10, 2013.

Walter Wilkerson, III, Vacaville, CA, pro se.

Matthew Marvin Grigg, Law Offices of Nancy E. Hudgins, San Francisco, CA, for Defendants–Appellees.

Before: CANBY, TROTT, and THOMAS, Circuit Judges.

MEMORANDUM **

California state prisoner Walter Wilkerson, III, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his safety. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because, even assuming that the possible collapse of a prison bench was an objectively serious risk to inmate safety, Wilkerson failed to raise a genuine dispute of material fact as to whether defendants knew of and consciously disregarded such a risk. *See Farmer v. Brennan,* 511 U.S. 825, 837, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994) (claim of deliberate indifference requires showing that "the official [knew] of and disregard[ed] an excessive risk to inmate ... safety"); *Toguchi,* 391 F.3d at 1057, 1060 (negligence is not sufficient to state a deliberate indifference claim).

We do not address Wilkerson's contentions regarding the doctrine of qualified immunity, which the district court relied upon as an alternative basis to grant summary judgment.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.